# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kdvlaw.com

Matthew Cohen, Esq.
mcohen@kaufmandolowich.com

Amanda B. Slutsky. Esq.
amanda.slutsky@kaufmandolowich.com

November 29, 2023

**MEMO ENDORSED**

**VIA CM/ECF**
Hon. Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, New York 10007

Re:     *Alfonso Tenezaca et al. v. 808 Lex Restaurant, LLC et al.*
        *Civil Action No.:  1:23-cv-08545*

Dear Judge Stein:

This firm represents the Defendants, 808 Lex Restaurant, LLC d/b/a Il Gradino Restaurant, Terrence Lowenberg, and Todd Cohen (collectively, the "Defendants") in the above-referenced matter. We write pursuant to Judge Jessica G. L. Clarke's October 2, 2023 Order in which Judge Clarke ordered the parties to contact Your Honor to schedule a Settlement Conference no later than one week after Defendants' Answer was filed. *See* Dkt. No. 5. Defendants timely filed their Answer on November 22, 2023. As such, the deadline to contact Your Honor regarding the Settlement Conference is today. In light of the Holiday weekend, the parties subsequently conferred about a Settlement Conference but require additional time to further discuss same. As such, Defendants respectfully request an extension of today's deadline to December 6, 2023, so the parties can confer further regarding whether a settlement conference is needed.

We thank Your Honor for consideration of this matter.

Application Granted.

Date: November 30, 2023

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,
Kaufman Dolowich, LLP

Matthew Cohen
Amanda B. Slutsky

Cc: All counsel (*via* CM/ECF)