UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFONSO TENEZACA, NELSON NACIPUCHA, RENAN ZAMORA-FLORES, and MALVIN LUNA, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>808 LEX RESTAURANT, LLC d/b/a IL GRADINO RESTAURANT, TERRENCE LOWENBERG, and TODD COHEN,<br><br>      Defendants. | 23-CV-8545 (JGLC)<br><br>**<u>ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE</u>** |

JESSICA G. L. CLARKE, United States District Judge:

  On October 10, 2023, the Court referred this case to Magistrate Judge Stein for settlement. ECF No. 5. On December 5, 2023, the parties filed a joint letter stating that do not believe that a settlement conference would be productive at this time. ECF No. 28. Accordingly, it is hereby ORDERED that the reference is WITHDRAWN.

Dated: December 6, 2023
    New York, New York

                  SO ORDERED.

                  *Jessica Clarke*

                  JESSICA G. L. CLARKE
                  United States District Judge