# KAUFMAN|DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Matthew Cohen, Esq.
mcohen@kaufmandolowich.com

February 22, 2024

<u>**VIA EMAIL**</u>
Hon. Jessica G.L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007



Re:   *Alfonso Tenezaca et al. v. 808 Lex Restaurant, LLC et al.*
*Civil Action No.:  1:23-cv-08545*

Dear Judge Clarke:

This firm represents the Defendants, 808 Lex Restaurant, LLC d/b/a Il Gradino Restaurant, Terrence Lowenberg, and Todd Cohen (collectively, "Defendants") in the above-referenced matter. We write, with the consent of Plaintiffs' counsel, to respectfully request a brief extension of time from February 21, 2024 to February 26, 2024 to file a joint letter regarding pre-class certification discovery. The parties have met and conferred, but need additional time to submit the joint letter to the Court. On February 21, 2024, Plaintiffs' counsel stated that he had an emergency and asked for an additional day to prepare the joint letter. Defendants consented to Plaintiffs' request. Today at 2:28 p.m., Plaintiffs' counsel forwarded Plaintiffs' portion of the joint letter. As Defendants' primary counsel already had prior commitments this afternoon, Defendants requested that we forward Defendants' portion of the joint letter to Plaintiffs' counsel tomorrow, February 23, 2024. Plaintiffs' counsel advised that he will be out of the office. Accordingly, Defendants respectfully request that the time to submit the joint letter be extended to February 26, 2024.

We thank Your Honor for consideration of this request.

Respectfully submitted,
Kaufman Dolowich LLP

Matthew Cohen

The deadline for the parties to submit the joint letter regarding pre-certification discovery, if a dispute remains outstanding, is hereby EXTENDED to **February 26, 2024**.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: February 23, 2024
New York, New York