UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALFONSO TENEZACA, NELSON NACIPUCHA,
RENAN ZAMORA-FLORES, and MALVIN LUNA,   Case No. 1:23-cv-08545 (JGLC)
on behalf of themselves and others similarly situated,

                  **NOTICE OF APPEARANCE**

    Plaintiffs,
   v.

808 LEX RESTAURANT, LLC d/b/a IL GRADINO
RESTAURANT, TERRENCE LOWENBERG, and
TODD COHEN,

    Defendants.
-----------------------------------------------------------------X

   **PLEASE TAKE NOTICE** that I, Dong Phuong V. Nguyen, Esq. of Lewis Brisbois Bisgaard & Smith LLP, hereby appear as attorney for Defendants and request that all papers be served upon me and all communications herein be directed to me.

Dated: New York, New York
    September 30, 2024

            **LEWIS BRISBOIS BISGAARD & SMITH LLP**

            By: /s/ *Dong Phuong V. Nguyen*
              Dong Phuong V. Nguyen
              77 Water Street, Suite 2100
              New York, NY  10005
              (212) 232-1300
              Phuong.Nguyen@lewisbrisbois.com
              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Dong Phuong V. Nguyen, Esq., an attorney duly admitted to practice before this Court, certify that on September 30, 2024, I caused this Notice of Appearance to be filed and served by ECF.

/s/ *Dong Phuong V. Nguyen*
Dong Phuong V. Nguyen