# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

December 9, 2024

**VIA ECF**

Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:   *Tenezaca, et al, v. 808 Lex Restaurant, LLC, et al,*
      23-cv-08545 (JGLC)

Dear Judge Clarke:

We represent the Plaintiffs in the above-referenced matter. We write on behalf of all parties to respectfully request an additional 30 days, from December 10, 2024 until January, 9, 2025, to submit the approval motions in this case. The reason for this request is that the parties are still finalizing the formal settlement agreements and are still in the process of drafting the approval motion papers.

This is the parties' first request for an extension of the deadline and there are no appearances currently scheduled before the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

   s/ *Josef Nussbaum*
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)

Application GRANTED. Parties to submit approval motions by **January 9, 2025**. The Clerk of Court is directed to terminate ECF No. 104.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 10, 2024
       New York, New York