

Brian Pete
77 Water Street, Suite 2100
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

January 8, 2025

File No. 57550.2

**MEMO ENDORSED**

> Application GRANTED. Parties to submit approval motions by **January 16, 2025**. The Clerk of Court is directed to terminate ECF No. 106.
>
> SO ORDERED.
>
> /s/ Jessica Clarke
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: January 9, 2025
> New York, New York

**VIA ECF**

Hon. Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Tenezaca, et al, v. 808 Lex Restaurant, LLC, et al,*
      23-cv-08545 (JGLC)

Dear Judge Clarke:

    We represent the Defendants in the above-referenced matter. We write on behalf of all parties to respectfully request and additional seven (7) days, from January 9, 2025 until January, 16, 2025, to submit the approval motions in this case. The reason for this request is that the parties are still finalizing the formal settlement agreements and are still in the process of drafting the approval motion papers.

    This is the parties' second request for an extension of the deadline and there are no appearances currently scheduled before the Court.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Brian Pete*

Brian Pete of
LEWIS BRISBOIS BISGAARD & SMITH LLP

Cc:

All counsel of record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

150780821.1