UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFONSO TENEZACA, NELSON NACHIPUCHA, RENAN ZAMORA-FLORES, and MALVIN LUNA, on behalf of themselves and others similarly situated,

                Plaintiffs,

-against-

808 LEX RESTAURANT, LLC, d/b/a IL GRADINO RESTAURANT, TERRENCE LOWENBERG, and TODD COHEN,

                Defendants.

---

23-CV-8545 (JGLC)

***CHEEKS* CONFERENCE ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      Counsel for all parties shall appear for a conference with the Court on **April 2, 2025** at **2:30 p.m.** to discuss the terms of their proposed settlement agreement. *See* ECF No. 112; *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 439660342#. The parties should be prepared to discuss all terms of the parties' agreement and the extent to which they are consistent with *Cheeks*. The Court intends to rule on the parties' motion at the conference.

Dated: March 3, 2025
       New York, New York

                                        SO ORDERED.

                                        */s/ Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge